## Z. E. Binns v. J. J. Adams *et al.*

PRACTICE—*No Question in Supreme Court.*  Where the action of the trial court in overruling the motion for a new trial is not assigned for error, no question is properly raised in this court for its consideration.

### *Error from Chautauqua District Court.*

ACTION by *Binns* against *Adams* and another.  Plaintiff brings here for review a judgment in favor of defendants.  A sufficient statement of the case is contained in the opinion herein, filed January 5, 1895.

*J. D. McBrian,* for plaintiff in error.

*Asp, Shartel & Cottingham,* for defendants in error.

*Per Curiam:* The only errors complained of in the petition in error relate to matters on the trial for which a new trial was prayed for. The action of the trial court in overruling the motion for a new trial is not assigned for error; therefore no question is properly raised in this court for our consideration. (*Carson v. Funk,* 27 Kas. 524; *Clark v. Schnur,* 40 id. 72; *City of McPherson v. Manning,* 43 id. 129.) The judgment of the district court will be affirmed.